# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| KELLEE TYLER, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. CIV-19-155-R ) |
| COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION, | ) ) ) ) |
| Defendant. | ) |

## ORDER

Before this Court is the Report and Recommendation of United States Magistrate Judge Shon T. Erwin, entered on February 28, 2019 (Doc. 3). No objection to the Report and Recommendation has been filed nor has an extension of time in which to object been sought or granted. Therefore, the Report and Recommendation is ADOPTED.

Judge Erwin recommends "summary dismissal of th[e] action . . . without prejudice and with leave to amend." Doc. 3, at 3. Rather than dismiss the action, the Court GRANTS Plaintiff fifteen (15) days from this order's date in which to file an amended complaint curing the deficiencies noted by Judge Erwin. If Plaintiff fails to file an amended complaint, the action will be dismissed without prejudice and without further notice to Plaintiff. If Plaintiff files an amended complaint, the Court shall re-refer the case to Judge Erwin to address both the sufficiency of the amended complaint and Plaintiff's pending motion for leave to proceed *in forma pauperis* (Doc. 2).

IT IS SO ORDERED this 20th day of March 2019.

*David L. Russell*
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE